IN THE UNITED STATES FEDERAL DISTRICT COURT MONTGOMERY, ALABAMA

Angela Nails,
    Plaintiff,
vs.

Vaughn Towers,
    Defendant,

RECEIVED

2018 DEC 18  A 9: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case Number
1:18-CV-1050-ECM-SRW

## COMPLAINTIANT

The Plaintiff claim is base on the fair housing laws Federal Laws 42 U.S. Race Discrimination. The Plaintiff rights were violated by the Defendant asking the Plaintiff to move after the Plaintiff was assaulted and the Dothan Police Department was called a resident who lived in the same building used her legs and feet to strike the Plaintiff using force to kick the Plaintiff leaving bursing on the Plaintiff leg(s). The Defendant did nothing to the white female and did ask the African American female to move because of the other resident behavior on August 30, 2006, the Plaintiff civil rights were violated and the act of harm which occurred on August 30, 2006 a housing complaint was filed and an investigation complaint base on the race discrimination violation of the offender name (Mary) Investigation Report # 04-06-1296-8.

## DAMAGES

The Plaintiff damages is $150,000.00 over the amount of the jurisdiction of the court. The damages come from the complaint and the Federal Law race discrimination.

## DEFENDANT SERVICE ADDRESS

342 South Saint Andrews Street Dothan, Alabama 36301.

_Angela Nails_
**ANGELA NAILS**
**(313) 805-8944**

## NOTICE OF MAILING

The Plaintiff used Regular United States Mail on December 6, 2018 to mail the Plaintiff complaint to United States Disrict Court Building Frank M. Johnson Jr. One Church Street Montgomery, Alabama 36104.

_____  *Angela Nails*
ANGELA NAILS
(313) 805-8944

Angela Nail
Post Office Box 204
Trenton, Michigan 48183

United States District Court Clerk Frank M. Johnson Jr
one Church Street
Montgomery, AL 36104